# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00645-CR

**Samuel Louis Martin, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 58569, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Samuel Louis Martin seeks to appeal from a judgment of conviction for aggravated assault. The trial court has certified that this is a plea bargain case and Martin has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See id*. rule 25.2(d).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   November 6, 2006

Do Not Publish